**Eugene HIGDON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 20, 1959.

R. H. Cannon, Leitchfield, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Eugene Higdon was convicted of possessing intoxicating liquor in dry local option territory for the purpose of sale. He was fined $100 in the Edmonson Circuit Court and sentenced to sixty days in jail. He has moved for an appeal from this judgment.

We have carefully examined the highly unsatisfactory record which has been presented to us and find no properly preserved prejudicial errors in it.

The motion for an appeal is overruled and the judgment stands affirmed.